**E-FILED**
Monday, 04 April, 2016  01:56:36 PM
Clerk, U.S. District Court, ILCD

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF ILLINOIS**
**URBANA DIVISION**

---

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Plaintiff,** ) | |
| v. ) | Case No. 16-CR-20005 |
| ) | |
| **JOSE TINOCO-HERNANDEZ** ) | |
| ) | |
| **Defendant.** ) | |

## ORDER APPROVING MAGISTRATE JUDGE RECOMMENDATION

On March 15, 2016, a Report and Recommendation (#12) was filed by United States Magistrate Judge Eric I. Long in the above cause. More than fourteen (14) days have elapsed and no objections have been made. This court therefore accepts the recommendation of the Magistrate Judge. Accordingly, the defendant's plea of guilty is accepted by the Court and the defendant is adjudged guilty. The Court orders that a pre-sentence investigation report is to be prepared. A sentencing hearing remains set for July 18, 2016 at 10:30 a.m.

ENTERED this 4th day of April, 2016.


s/COLIN S. BRUCE
U.S. DISTRICT JUDGE